**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

A.C., et al.,                                                    ) Case No. CV 25-11603 FMO (AJRx)
                                                                 )
          Plaintiff,                                   )
                                                                 )
          v.                                           ) **ORDER DISMISSING ACTION WITHOUT**
                                                                 ) **PREJUDICE**
COOPERSURGICAL, INC.,                                            )
                                                                 )
          Defendant.                                   )
                                                                 )
_____                         )

Having been advised by counsel that the above-entitled action has been settled, (Dkt. 33, Notice of Settlement), IT IS ORDERED THAT the above-captioned action is hereby dismissed without costs and without prejudice to the right, upon good cause shown by no later than **60 days**, to re-open the action if settlement is not consummated.  The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.  Failure to re-open or seek an extension of time to re-open the action by the deadline set forth above shall be deemed as consent by the parties to dismissal of the action without prejudice.  See Fed. R. Civ. P. 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962).

Dated this 15th day of June, 2026.

                                         /s/
                               Fernando M. Olguin
                           United States District Judge